[No. 53987-6-I.   Division One.   April 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN A. GREER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00465-1, Michael E. Rickert, J., entered December 19, 2003 and January 9, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54471-3-I.   Division One.   April 11, 2005.]

SHERRI MORIN ET AL., *Appellants*, v. BONNIE BURRIS ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 01-2-09374-4, Anita L. Farris, J., entered March 5 and June 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30329-9-II.   Division Two.   April 12, 2005.]

GRANT BECK ET AL., *Appellants*, v. TACOMA CITY LIGHT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-2-00812-1, Richard L. Brosey, J., entered May 1, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[Nos. 30619-1-II; 30742-1-II.   Division Two.   April 12, 2005.]

LEA HUDSON, *Respondent*, v. CLIFFORD HAPNER ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, No. 99-2-12156-8, John A. McCarthy, J., entered July 18, 2003. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Van Deren, JJ.